**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 06, 2021

Ms. Margaret Bettenhausen
Mr. Nathan A. Gambill
Office of the Attorney General of Michigan
P.O. Box 30755
Lansing, MI 48909

Mr. Mark Cuker
Cuker Law Firm
One Logan Square
Suite 1200
Philadelphia, PA 19103

Theodore J. Leopold
Cohen, Milstein, Sellers & Toll
2925 PGA Boulevard
Suite 200
Palm Beach Gardens, FL 33410

Ms. Emmy L. Levens
Ms. Jessica B. Weiner
Cohen, Milstein, Sellers & Toll
1100 New York Avenue, N.W.
Suite 500-W
Washington, DC 20005

Mr. Michael L Pitt
Pitt, McGehee, Palmer & Rivers
117 W. Fourth Street
Suite 200
Royal Oak, MI 48067

Mr. Adam Ezra Schulman
Hamilton Lincoln Law Institute
1629 K Street, N.W.
Suite 300
Washington, DC 20006

Mr. Hunter J. Shkolnik
NSPR Law Services
270 Munoz Rivera Avenue
Suite 201
Hato Rey, PR 00918

Mr. Corey M. Stern
Levy Konigsberg
605 Third Avenue
33rd Floor
New York, NY 10158

Mr. Valdemar L. Washington
Law Office
P.O. Box 187
Flint, MI 48501-0187

      Re:  Case No. 21-2655, *In re: Raymond Hall, et al*
            Originating Case No. : 5:16-cv-10444

Dear Counsel,

   The court issued the attached published order today in this case.

                                          Yours very truly,

                                          Deborah S. Hunt, Clerk

                                          Cathryn Lovely, Opinions Deputy

cc:  Ms. Kinikia D. Essix

Enclosure