No. 21-2655

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jul 12, 2021
DEBORAH S. HUNT, Clerk

In re: RAYMOND HALL, et al., )
) <u>O R D E R</u>
Petitioners. )

Before: GRIFFIN, KETHLEDGE, and MURPHY, Circuit Judges.

Objectors to a class action settlement in the *In re Flint Water Cases* petition for a writ of mandamus. Melvin Jones Jr. moved to intervene in this action. We denied the motion, and Jones now twice moves for reconsideration. Having not misapprehended any point of fact or law, reconsideration is not warranted. *See* 6th Cir. R. 27(g).

The motions for reconsideration are **DENIED**.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk